**1**

E. L. SMART, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 3, 1925.) No. 6928. In Error to the District Court of the United States for the Eastern District of Oklahoma. Frans E. Lindquist, of Kansas City, Mo., for plaintiff in error. Frank Lee, U. S. Atty., and W. F. Rampendahl, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

**2**

Mary SPALLO, Appellant, v. Joseph M. JONES, Trustee, etc. (Circuit Court of Appeals, Eighth Circuit. May 4, 1925.) No. 7036. Appeal from the District Court of the United States for the Western District of Missouri. Lathrop, Morrow, Fox & Moore, of Kansas City, Mo., for appellant. Arthur Miller and Frank P. Barker, both of Kansas City, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee, under rule 16.

**3**

Tom STANFORD, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 5, 1925.) No. 7037. In Error to the District Court of the United States for the Western District of Oklahoma. W. L. Coffey, of Tulsa, Okl., for plaintiff in error. James A. Ingraham, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

**4**

M. N. STARK, Appellant, v. WEST LINE ROCK COMPANY. (Circuit Court of Appeals, Eighth Circuit. June 17, 1925.) No. 7082. Appeal from the District Court of the United States for the Western District of Missouri. Sebree, Jost & Sebree, of Kansas City, Mo., for appellant. Daniel T. Johnson, of Kansas City, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee, under rule 16.

**5**

STEEL & IRON CORPORATION, a Corporation, and Bardach Iron & Steel Company, Incorporated, a Corporation, Appellants, v. PENDLETON BROS., Incorporated, a Corporation, Appellee. (Circuit Court of Appeals, Fourth Circuit. September 1, 1925.) No. 2386. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. Gerould M. Rumble and Bruce Lowenberg, both of Norfolk, Va., for appellants. Barron F. Black and Hughes, Vandeventer & Eggleston, all of Norfolk, Va., for appellee.

PER CURIAM. Cause dismissed, at cost of appellants, under rule 20, in accordance with agreement of counsel.

**6**

R. B. SWINK v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. June 10, 1925.) No. 4327. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. T. A. Lancaster, of Lexington, Tenn., and C. W. Hewgley, of Jackson, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

**7**

Galen L. TAIT, Collector of Internal Revenue for the District of Maryland, Plaintiff in Error, v. COMMERCIAL CREDIT COMPANY, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. October 22, 1925.) No. 2363. In Error to the District Court of the United States for the District of Maryland, at Baltimore; Morris A. Soper, Judge. A. W. W. Woodcock, U. S. Atty., of Baltimore, Md., and Charles T. Hendler, Sp. Atty. Internal Revenue, of Washington, D. C. (A. W. Gregg, Solicitor of Internal Revenue, of Washington D. C., on the brief), for plaintiff in error. M. H. Lauchheimer, of Baltimore, Md. (Slyvan Hayes Lauchheimer, of Baltimore, Md., on the brief), for defendant in error. Before WOODS, WADDILL, and ROSE, Circuit Judges.

PER CURIAM. Affirmed upon the opinion below 2 F.(2d) 862.

Judge WOODS, before his death, concurred that this case should be affirmed.

**8**

UNITED STATES, Plaintiff in Error, v. 73 BALES CONTAINING WOOL MARKED CC 2142/2214; Robert W. A Wood, Claimant, Defendant in Error. UNITED STATES, Plaintiff in Error, v. 381 BALES CONTAINING WOOL, MARKED ROBERT W. A. WOOD, and Corn Exchange Bank of Philadelphia, Defendants in Error. UNITED STATES, Plaintiff in Error, v. 228 BALES CONTAINING WOOL, MARKED CC 693/730, 390/1478, 2101/2141; Robert W. A. Wood, Claimant, Defendant in Error. (Circuit Court of Appeals, Second Circuit. May 21, 1925.) Nos. 358–360. Appeals from the District Court of the United States for the Southern District of New York. Emory R. Buckner, U. S. Atty., of New York City (John M. Ryan, Sp. Asst. U. S. Atty., of New York City, of counsel), for plaintiff in error. Wise, Whitney & Parker, of New York City (Henry A. Wise and Carl E. Whitney, both of New York City, of counsel), for

defendant in error. Before ROGERS, MAN-TON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed.

---

**1**

WABASH RAILWAY COMPANY, Appellant, v. Rome LANE et al. (Circuit Court of Appeals, Eighth Circuit. June 10, 1925.) No 6156. Appeal from the District Court of the United States for the Eastern District of Missouri. N. S. Brown, of St. Louis, Mo., for appellant. Clifford B. Allen and Lee W. Hagerman, both of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**2**

George L. WAGNER, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. November 3, 1925.) No. 6882. In Error to the District Court of the United States for the District of Nebraska. Harry S. Dungan, of Hastings, Neb., and Bernard McNeny, of Red Cloud, Neb., for plaintiff in error. Don W. Stewart, Asst. U. S. Atty., of Lincoln, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

**3**

R. L. WARREN and Edith C. Pope, Executors of the Estate of J. H. Pope, Deceased, and Banking Trust & Mortgage Company, Appellants, v. G. OBER & SONS COMPANY, Appellee. (Circuit Court of Appeals, Fourth Circuit. October 22, 1925.) No. 2388. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Raleigh. I. R. Williams, of Dunn, N. C., and James S. Manning and Allen J. Barwick, both of Raleigh, N. C., for appellants. J. M. Broughton, of Raleigh, N. C., for appellee.

PER CURIAM. Consent decree to dismiss without prejudice filed.

---

**4**

Dave WILSON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1925.) No. 4406. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Bryan, Semmes & Brode, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order dismissing cause on court's own motion.

---

**5**

Fred L. WOODWORTH, Collector of Internal Revenue, etc., v. GENERAL MOTORS ACCEPTANCE CORPORATION, a New York Corporation. (Circuit Court of Appeals, Sixth Circuit. June 5, 1925.) No. 4338. Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge. Delos G. Smith, U. S. Atty., of Detroit, Mich. for appellant. Elroy O. Jones, of Detroit, Mich., for appellee.

PER CURIAM. Decree of the District Court reversed, on the authority of the opinion filed April 6, 1925, in the case of Commercial Credit Company v. United States (No. 4241) 5 F.(2d) 1.

---

**6**

JOHN B. SEMPLE & CO., a Former Pennsylvania corporation, by Its Directors, John B. Semple, Samuel D. Cushing, Richard W. Robbins, Tracy M. Kramer, and Walter C. Miller, v. UNITED STATES. (District Court, W. D. Pennsylvania. June 27, 1925.) No. 3126. See, also, 1 F.(2d) 745. Charles A. Woods, of Pittsburgh, Pa., for plaintiff. Walter Lyon, U. S. Atty., and Warren H. Van Kirk, Sp. Asst. U. S. Atty., both of Pittsburgh, Pa.

GIBSON, District Judge. The plaintiff has brought action to recover the sum of $3,315.72, with interest from September 3, 1920. This amount is alleged to have been improperly retained by defendant upon the claim that it was due to it as a part of income tax payable by plaintiff. The defendant, in accordance with the Pennsylvania practice, has filed an affidavit raising questions of law. The facts are not in dispute, and counsel have stipulated that judgment shall be entered for one party or the other in accordance with the finding of the court in respect to the questions of law before it. The court, having found in favor of the plaintiff and against the defendant upon the questions of law raised by the latter's affidavit of defense, will make an order for the entry of judgment in favor of the plaintiff. Plaintiff, at No. 2873, May term, 1923, brought its action against C. G. Lewellyn, former collector of internal revenue, to recover the amount claimed in the instant action. At that time the court considered, at some length, the basis of the claim for the return of the taxes paid, and found that the plaintiff was entitled to recover the same, but held that its action should have been brought against the present defendant rather than against the former collector of internal revenue, under the facts as they were made to appear in that case. The reasons which led to the entry of judgment in the instant case are set forth at some length in the opinion filed in the former case. See Semple & Co. v. Lewellyn (D. C.) 1 F.(2d) 745.

---